[No. 37189-4-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL SNARSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01832-9, Michael Spearman, J., entered August 22, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37225-4-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. K.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03770-6, Norma Smith Huggins, J., entered August 28, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37320-0-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALLEN TRAVESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04378-1, George A. Finkle, J., entered September 6, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37333-1-I.    Division One.    December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. W.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-02522-8, Maurice Epstein, J. Pro Tem., entered August 25, 1996. *Affirmed* by unpublished per curiam opinion.